**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
Phone: (786) 293-5750
Fax: (786) 264-5513
Tax Id: 65-0772445

# INVOICE

Invoice #OJF-2015010054
7/27/2015

Carey Villeneuve
BUCHANAN, INGERSOLL & ROONEY
1200 East Las Olas Blvd.
Suite 500
Ft. Lauderdale, FL 33301

Reference Number: 0085118-1

**Case Number: Southern 12-CV-62539**

Plaintiff:
**FREDERICK SIEGMUND, derivatively on behalf of Linkwell Corp.**

Defendant:
**XUELIAN BIAN, et al.**

Received: 7/17/2015   Served: 7/20/2015 8:56 am  .CORPORATE
To be served on: TD AMERITRADE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| NATIONWIDE SERVICE | 1.00 | 120.00 | 120.00 |
| RUSH FEE | 1.00 | 60.00 | 60.00 |
| **TOTAL CHARGED:** | | | $180.00 |
| **BALANCE DUE:** | | | $180.00 |

*OK to pay 85118-1*

*Jesse Diner*