APPLE ATTORNEY SERVICE
PO BOX 470
MINEOLA, NY 11501
516-742-0077

BUCHANAN INGERSOLL & ROONEY PC
1290 AVENUE OF THE AMERICAS
30TH FLOOR
NEW YORK, NY 10104-3001
ATTN: ACCOUNTS PAYABLE

| Billing Date: 08/14/2015 | Invoice #: 201521285 | Page: 2 |
|---|---|---|

PLAINTIFF:
FREDERICK SIEGMUND, DERIVATIVELY ON BEHALF OF LINKWELL CORP.
PARTY SERVED: CEDE AND COMPANY

DATE SERVED: 07/20/2015

JONAH PERRY ORDERED THIS SERVICE
$240.00 NEXT DAY RUSH SUBPOENA SERVICE IN MANHATTAN. INCLUDES RESEARCH TO DETERMINE LOCATION OF THE WITNESS, WHO WAS UNKNOWN AT THE ADDRESS GIVEN.

*handwritten: C/m #0085118-1  Tanya /S. Villeneuve (FL)*