**APPLE ATTORNEY SERVICE**
**PO BOX 470**
**MINEOLA NY 11501**
**516-742-0077**

BUCHANAN INGERSOLL & ROONEY PC
1290 AVENUE OF THE AMERICAS
30TH FLOOR
NEW YORK, NY 10104-3001
ATTN: ACCOUNTS PAYABLE

| Billing Date: 12/04/2015 | Invoice #: 201521436 | Page: 2 |
|---|---|---|

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP.

PARTY SERVED: SIDLEY AUSTIN LLP

DATE SERVED: 11/19/2015

JONAH PERRY ORDERED THIS SERVICE
$160.00 SAME DAY RUSH SERVICE OF MOTION.

---

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP

PARTY SERVED: WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

DATE SERVED: 11/19/2015

JONAH PERRY ORDERED THIS SERVICE
$160.00 SAME DAY RUSH SERVICE OF MOTION.

---

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP.

PARTY SERVED: SIDLEY AUSTIN LLP

*[handwritten: #85118-1 Lauren/C. Villeneuve (Miami) 6%]*

DATE SERVED: 12/01/2015

JONAH PERRY ORDERED THIS SERVICE
$160.00 SAM DAY RUSH SERVICE OF MOTION IN MANHATTAN.

---

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP.

PARTY SERVED: WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

DATE SERVED: 12/01/2015

JONAH PERRY ORDERED THIS SERVICE
$160.00 SAM DAY RUSH SERVICE OF MOTION IN MANHATTAN.