APPLE ATTORNEY SERVICE
PO BOX 470
MINEOLA NY 11501
516-742-0077

BUCHANAN INGERSOLL & ROONEY PC
1290 AVENUE OF THE AMERICAS
30TH FLOOR
NEW YORK, NY 10104-3001
ATTN: ACCOUNTS PAYABLE

| Billing Date: 12/31/2015 | Invoice #: 201521477 | Page: 2 |
|---|---|---|

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP.

PARTY SERVED: SIDLEY AUSTIN LLP

DATE SERVED: 12/07/2015

JONAH PERRY ORDERED THIS SERVICE
$195.00 SAME DAY RUSH SERVICE OF 2ND AMENDED MOTION. INCLUDES OVERNIGHT DELIVERY CHARGE TO SEND THE AFFIDAVITS OF SERVICE TO CLIENT.

PLAINTIFF:
IN RE: SUBPOENA TO SIDLEY AUSTIN LLP.

PARTY SERVED: WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

DATE SERVED: 12/07/2015

JONAH PERRY ORDERED THIS SERVICE
$160.00 SAME DAY RUSH SERVICE OF 2ND AMENDED MOTION.