CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775  fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:     15030

Date:       4/16/2015

Bill To:

BUCHANAN INGERSOLL & ROONEY PC
FOWLER WHITE BOGGS
501 E. KENNEDY BLVD., SUITE 1700,
TAMPA, FL 33602
ATTN:  FRANK HARRISON

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 04/09/15 | FREDERICK SIEGMUND, Derivatively on behalf of LINKWELL CORPORATION, Plaintiff v.XUELIAN BIAN, et al, Defendants | | | | |
| | Case No.:  12-cv-62539-DPG | | | | |
| | DAILY EXPEDITE OF HEARING BEFORE MAG. JUDGE WILLIAM TURNOFF | 33.00 | $1.20 | | $39.60 |
| | (Invoice sent toFrank.Harrison@bipc.com and sent 4/17/15 @ 4:48 p.m.) | | | | |

| | | |
|---|---|---|
| | SubTotal | $39.60 |
| | 0.00% on $0.00 | $0.00 |
| | 0.00% on $0.00 | $0.00 |
| Total | | $39.60 |

Payment due upon receipt.  Client shall be responsible for all costs of collection and reasonable attorney's fees.
Venue shall lie in Broward County, Florida.  Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:   NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $39.60 | $0.00 | $0.00 | $2,326.68 | $2,366.28 |