# Villeneuve, S. Carey

| | |
|---|---|
| **From:** | Tammy_Nestor@flsd.uscourts.gov |
| **Sent:** | Friday, February 12, 2016 12:59 PM |
| **To:** | Villeneuve, S. Carey |
| **Subject:** | Siegmund v Bian |
| **Attachments:** | W-9-2016.pdf |

To order this transcript, please send a check or money order in the amount of 421.95 to:

Nestor Court Reporting, Inc.
21518 Kapok Circle
Boca Raton, FL 33433

Tax ID No. 03-0433357

I will email you the transcript within 6 days of receipt of payment.

Attached is my w-9 in case you need it.


Please confirm receipt of this email.


Tammy Nestor
Official Court Reporter to the
Honorable William J. Zloch
954-769-5488

----- Forwarded by Tammy Nestor/FLSD/11/USCOURTS on 02/12/2016 12:55 PM -----

| | |
|---|---|
| From: | FLSD CRSection/FLSD/11/USCOURTS |
| To: | Tammy Nestor/FLSD/11/USCOURTS@USCOURTS |
| Date: | 02/11/2016 11:14 AM |
| Subject: | LET ME KNOW if you want this EXPEDITED transcript request |
| Sent by: | Marta Dieguez |



----- Forwarded by Marta Dieguez/FLSD/11/USCOURTS on 02/11/2016 11:14 AM -----

| | |
|---|---|
| From: | Carey Villeneuve <carey.villeneuve@bipc.com> |
| To: | flsd_crsection@flsd.uscourts.gov |
| Date: | 02/10/2016 03:53 PM |
| Subject: | HPRM: Non-Appeal Online Transcript Order Form |


```
Requestor's Name: Carey Villeneuve

Phone: 954-703-3901

Email Address: carey.villeneuve@bipc.com
```

Mailing/Billing Address:
Carey Villeneuve, Esq.
Buchanan Ingersoll & Rooney P.C.
1200 East Las Olas Boulevard, Suite 500
Fort Lauderdale, FL  33301

Date Requested: February 10, 2016

Magistrate Judge/District Judge: William C. Turnoff

Date(s) of hearing(s): February 8, 2016

Type of Proceeding(s): Status Conference

Case Number: 0:12-cv-62539-DPG

Case Name/Style: Siegmund v. Bian, et al.

Reporter Name/Tape Numbers: Jean Vera/14:05:47 / 15:43:57

Special Instructions:

Delivery method: E-mail

Account # for UPS, DHL, FedEx if chose Overnight Delivery:

Indicate Transcript rate desired: Expedited

--
This e-mail is sent from the On-line Non-Appeal Transcript Order form from the Southern District of Florida http://www.flsd.uscourts.gov