## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Jose Flores, Esq<br>Buchanan Ingersoll & Rooney PC<br>1200 East Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL, 33301 | **Invoice #:** NY2364569<br>**Invoice Date:** 7/6/2015<br>**Balance Due:** $1,194.97 |

| | |
|---|---|
| **Case:** | Siegmund v. Bian Et Al |
| **Job #:** | 2078900 \| Job Date: 6/23/2015 \| Delivery: Expedited |
| **Billing Atty:** | Jose Flores, Esq |
| **Location:** | Veritext San Francisco<br>101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| **Sched Atty:** | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Song Qiang Chen | Certified Transcript | Page | 166.00 | $3.85 | $639.10 |
| | Certified Transcript - Expedited | Page | 166.00 | $2.25 | $373.50 |
| | Exhibits | Per Page | 83.00 | $0.40 | $33.20 |
| | Depo Litigation Package | 1 | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 83.00 | $0.35 | $29.05 |
| | Shipping & Handling - Expedited | Package | 1.00 | $78.12 | $78.12 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,194.97 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,194.97 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 148 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY2364569 |
| **Job #:** | 2078900 |
| **Invoice Date:** | 7/6/2015 |
| **Balance:** | $1,194.97 |

53742

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jose R. Florez, Esq.<br>Buchanan Ingersoll & Rooney PC<br>1200 East Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL, 33301 | | Invoice #: | NY2364588 |
|---|---|---|---|---|
| | | | Invoice Date: | 7/6/2015 |
| | | | Balance Due: | $2,957.32 |

| | |
|---|---|
| Case: | Siegmund v. Bian Et Al |
| Job #: | 2078892 \| Job Date: 6/22/2015 \| Delivery: Expedited |
| Billing Atty: | Jose R. Florez, Esq. |
| Location: | Veritext San Francisco |
| | 101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| Sched Atty: | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ling Li | Certified Transcript | Page | 372.00 | $3.85 | $1,432.20 |
| | Certified Transcript - Expedited | Page | 372.00 | $2.25 | $837.00 |
| | Surcharge - Extended Hours | Hour | 85.00 | $1.50 | $127.50 |
| | Exhibits | Per Page | 548.00 | $0.40 | $219.20 |
| | Depo Litigation Package | 1 | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 548.00 | $0.35 | $191.80 |
| | Shipping & Handling - Expedited | Package | 1.00 | $107.62 | $107.62 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,957.32 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | |
| Balance Due: | $2,957.32 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 148 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY2364588 |
| Job #: | 2078892 |
| Invoice Date: | 7/6/2015 |
| Balance: | $2,957.32 |

53742



**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Jose Flores, Esq<br>Buchanan Ingersoll & Rooney PC<br>1200 East Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL, 33301 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2385992<br>7/30/2015<br>$1,168.81 |

| | |
|---|---|
| Case: | Siegmund v. Bian Et Al |
| Job #: | 2094453 \| Job Date: 7/20/2015 \| Delivery: Normal |
| Billing Atty: | Jose Flores, Esq |
| Location: | Veritext San Francisco |
| | 101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| Sched Atty: | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Song Qiang Chen V2 | Certified Transcript | Page | 184.00 | $3.85 | $708.40 |
| | Exhibits | Per Page | 489.00 | $0.40 | $195.60 |
| | Depo Litigation Package | 1 | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 489.00 | $0.35 | $171.15 |
| | Shipping & Handling | Package | 1.00 | $51.66 | $51.66 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,168.81 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | |
| Balance Due: | $1,168.81 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 124 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY2385992<br>**Job #:** 2094453<br>**Invoice Date:** 7/30/2015<br>**Balance:** $1,168.81 |

53742