**ProTranslating**
2850 Douglas Rd
Coral Gables, Fl 33134
Phone: 305-371-7887
Fax: 305-371-8366



**Bill To**

Carey Villenueve
Buchanan Ingersoll & Rooney PC
100 SE 2nd Street
Suite 3500
Miami FL 33131

# Invoice #78359

| | |
|---|---|
| **Invoice Date** | 12/31/2015 |
| **Terms** | Net 30 |

| Assignment Date | Assignment Type | Case Name | Case/Claim # |
|---|---|---|---|
| 12/03/2015 | Hearing | Frederick Siegmund, derivatively on behalf of Linkwell Corp vs Xuelian Bian, Wei Guan, Song Qiann, et al | 12-cv-62539 (DPG)(WCT) |

| Service | Quantity | Price | Amount |
|---|---|---|---|
| **Mandarin Interpreting Services** | 2 | $160.00 | $320.00 |

Hours: 2:00pm-4:00pm

| | |
|---|---|
| **Total** | $320.00 |
| **Amount Paid** | $0.00 |
| **Amount Due** | $320.00 |
| **Due Date** | 01/30/2016 |

Please reference invoice number with payment.
Tax ID: 27-0200229