| | | |
|---|---|---|
| AO44 (Rev. 11/07) | **UNITED STATES DISTRICT COURT**<br>**FOR THE SOUTHERN DISTRICT OF FLORIDA** | |

INVOICE NO: 00000109

**MAKE CHECKS PAYABLE TO:**

Nathan Marcusen
Bowman and Brooke
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402

Phone: (612) 656-4029

Leading Edge Realtime Reporting, In
c/o Patricia Diaz
400 North Miami Avenue
11th Floor - 11-1
Miami, FL 33128

Phone: (305) 523-5178

Tax ID: 46-4860750
patricia_diaz@flsd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 03-23-2015   DATE DELIVERED:

**Case Style:** 12-CV-62539, FREDERICK SIEGMUND v XUELIAN BIAN, et al
TRANSCRIPT 3/18/15           STATUS CONFERENCE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 15 | 0.90 | 13.50 | | | | 13.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                      MISC. CHARGES:
                                                 TOTAL: 13.50
                          LESS DISCOUNT FOR LATE DELIVERY:
                                          TAX (If Applicable):
                                     LESS AMOUNT OF DEPOSIT:
                                              TOTAL REFUND:
                                              TOTAL DUE: $13.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Patricia Diaz*                    DATE: 03-23-2015

(All previous editions of this form are cancelled and should be destroyed)

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775  fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number: 15029

Date: 4/13/2015

**Bill To:**

BOWMAN AND BROOKE LLP
150 SOUTH FIFTH ST., SUITE 3000,
MINNEAPOLIS, MN 55402
ATTN: DEBORAH

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 03/27/15 | FREDERICK SIEGMUND, Derivatively on behalf of LINKWELL CORPORATION, Plaintiff v.XUELIAN BIAN, et al, Defendants | | | | |
| | Case No.: 12-cv-62539-DPG | | | | |
| | DAILY EXPEDITE OF HEARING BEFORE MAG. JUDGE WILLIAM TURNOFF | 56.00 | $1.20 | 0.00% | $67.20 |

|  |  |
|---|---|
| SubTotal | $67.20 |
| 0.00% on $0.00 | $0.00 |
| 0.00% on $0.00 | $0.00 |
| Total | $67.20 |

Payment due upon receipt. Client shall be responsible for all costs of collection and reasonable attorney's fees. Venue shall lie in Broward County, Florida. Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:  NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $67.20 | $0.00 | $0.00 | $0.00 | $67.20 |

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Richard G Morgan Esq<br>Bowman & Brooke LLP<br>150 S. 5th St.<br>Suite 3000<br>Minneapolis, MN, 55402-4226 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2364589<br>7/6/2015<br>$2,069.20 |

| | |
|---|---|
| **Case:** | Siegmund v. Bian Et Al |
| **Job #:** | 2078892 \| Job Date: 6/22/2015 \| Delivery: Normal |
| **Billing Atty:** | Richard G Morgan Esq |
| **Location:** | Veritext San Francisco<br>101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| **Sched Atty:** | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ling Li | Certified Transcript | Page | 372.00 | $3.85 | $1,432.20 |
| | Surcharge - Extended Hours | Hour | 85.00 | $1.50 | $127.50 |
| | Exhibits | Per Page | 548.00 | $0.40 | $219.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 548.00 | $0.35 | $191.80 |
| | Shipping & Handling | Package | 1.00 | $56.50 | $56.50 |

**Notes:**

Q348278

| | |
|---|---|
| **Invoice Total:** | $2,069.20 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,069.20 |

**TERMS:** Payable upon receipt. Accounts 30 days p___ ter 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjust___ ___ to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY2364589 |
| **Job #:** | 2078892 |
| **Invoice Date:** | 7/6/2015 |
| **Balance:** | $2,069.20 |

43024

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569


**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Richard G Morgan Esq<br>Bowman & Brooke LLP<br>150 S. 5th St.<br>Suite 3000<br>Minneapolis, MN, 55402-4226 | **Invoice #:** NY2364570<br>**Invoice Date:** 7/6/2015<br>**Balance Due:** $782.85 |

| | |
|---|---|
| **Case:** | Siegmund v. Bian Et Al |
| **Job #:** | 2078900 \| Job Date: 6/23/2015 \| Delivery: Normal |
| **Billing Atty:** | Richard G Morgan Esq |
| **Location:** | Veritext San Francisco |
| | 101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| **Sched Atty:** | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Song Qiang Chen | Certified Transcript | Page | 166.00 | $3.85 | $639.10 |
| | Exhibits | Per Page | 83.00 | $0.40 | $33.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 83.00 | $0.35 | $29.05 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |
| | | | | **Invoice Total** | $782.85 |
| | | | | **Payment** | $0.00 |
| | | | | **Credit** | $0.00 |
| | | | | **Interest** | $0.00 |
| | | | | **Balance Due** | $782.85 |

**Notes:**

Q348469

**TERMS:** Payable upon receipt. fees. Contact us to correct payme services/service-information

ounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's charges related to our services please consult http://www.veritext.com/services/all-

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** NY2364570
**Job #:** 2078900
**Invoice Date:** 7/6/2015
**Balance:** $782.85

43024

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Richard G Morgan Esq<br>Bowman & Brooke LLP<br>150 S. 5th St.<br>Suite 3000<br>Minneapolis, MN, 55402-4226 |
|---|---|

| | |
|---|---|
| Invoice #: | NY2385993 |
| Invoice Date: | 7/30/2015 |
| Balance Due: | $1,168.81 |

| | |
|---|---|
| Case: | Siegmund v. Bian Et Al |
| Job #: | 2094453 | Job Date: 7/20/2015 | Delivery: Normal |
| Billing Atty: | Richard G Morgan Esq |
| Location: | Veritext San Francisco<br>101 Montgomery Street | Suite 450 | San Francisco, CA 94104 |
| Sched Atty: | Malcolm Brown, Esq | Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Song Qiang Chen V2 | Certified Transcript | Page | 184.00 | $3.85 | $708.40 |
| | Exhibits | Per Page | 489.00 | $0.40 | $195.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 489.00 | $0.35 | $171.15 |
| | Shipping & Handling | Package | 1.00 | $51.66 | $51.66 |

| | |
|---|---|
| Invoice Total: | $1,168.81 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,168.81 |

Notes:

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



Q348686

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Invoice #: NY2385993<br>Job #: 2094453<br>Invoice Date: 7/30/2015<br>Balance: $1,168.81 |

43024

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Richard G Morgan Esq<br>Bowman & Brooke LLP<br>150 S. 5th St.<br>Suite 3000<br>Minneapolis, MN, 55402-4226 | **Invoice #:** NY2441213<br>**Invoice Date:** 10/6/2015<br>**Balance Due:** $1,368.52 |

| | |
|---|---|
| **Case:** | Siegmund v. Bian Et Al |
| **Job #:** | 2134863 \| Job Date: 9/21/2015 \| Delivery: Normal |
| **Billing Atty:** | Richard G Morgan Esq |
| **Location:** | Veritext San Francisco<br>101 Montgomery Street \| Suite 450 \| San Francisco, CA 94104 |
| **Sched Atty:** | Malcolm Brown, Esq \| Wolf Haldenstein Adler Freeman & Herz LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| George Wang | Certified Transcript | Page | 264.00 | $3.85 | $1,016.40 |
| | Surcharge - Extended Hours | Hour | 100.00 | $1.50 | $150.00 |
| | Exhibits | Per Page | 109.00 | $0.40 | $43.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 109.00 | $0.35 | $38.15 |
| | Shipping & Handling | Package | 1.00 | $78.37 | $78.37 |

**Notes:**


Q360242

| | |
|---|---|
| **Invoice Total:** | $1,368.52 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,368.52 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** NY2441213<br>**Job #:** 2134863<br>**Invoice Date:** 10/6/2015<br>**Balance:** $1,368.52 |

43024